UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SARA E. LONG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:14-CV-436-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 20, 2015, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| David M. Mansfield | (via CM/ECF Notice of Electronic Filing) |

DATE:                                        JULIE RICHARDS JOHNSTON, CLERK
April 20, 2015                    (By) /s/ Courtney O'Brien
                                                             Deputy Clerk