IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-cv-436-D

| | |
|---|---|
| SARA LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $8,844.47 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,506.25 by Plaintiff's counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $8,844.47 and that Plaintiff's counsel pay to Plaintiff the sum of $3,506.25 and upon the payment of such sums this case is dismissed with prejudice.

This **20** day of **April**, 2016.

Chief U.S. District Judge James C. Dever III

Case 5:14-cv-00436-D   Document 29   Filed 04/21/16   Page 1 of 1